UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:23-cr-143-BJD-LLL
   18 U.S.C. § 922(a)(6)
   18 U.S.C. § 922(k)
   18 U.S.C. § 554

GABRIEL DANIEL PINNACE

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about April 14, 2021, in the Middle District of Florida, the defendant,

GABRIEL DANIEL PINNACE,

acquired firearms, specifically, a Glock pistol and a Smith and Wesson rifle, from a federally licensed firearms dealer, namely, Shooters of Jacksonville, during which acquisition, the defendant knowingly made a false and fictitious written statement intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 21.a. on an ATF Form 4473, which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT TWO

On or about May 12, 2021, in the Middle District of Florida, the defendant,

GABRIEL DANIEL PINNACE,

acquired a firearm, specifically, a Smith and Wesson rifle, from a federally licensed firearms dealer, namely, Shooters of Jacksonville, during which acquisition, the defendant knowingly made a false and fictitious written statement intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 21.a. on an ATF Form 4473, which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT THREE

On or about May 15, 2021, in the Middle District of Florida, the defendant,

GABRIEL DANIEL PINNACE,

aiding and abetting another, fraudulently and knowingly attempted to export and send from the United States to Venezuela, a place outside the United States, any merchandise, article and object, that is a firearm designated as a "defense article" in Category I of the United States Munitions List, contrary to any law or regulation of the United States, that is, Title 18, United States Code, Section 922(e), and Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal

Regulations, Section 121.1, and did conceal and facilitate the concealment of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, that is Title 18, United States Code, Section 922(e), and Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Section 121.1

In violation of 18 U.S.C. §§ 554 and 2.

## COUNT FOUR

On or about May 15, 2021, in the Middle District of Florida, the defendant,

GABRIEL DANIEL PINNACE,

aiding and abetting another, knowingly possessed and received a firearm that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered and obliterated.

In violation of 18 U.S.C. §§ 922(k), 924(a)(1)(B), and 2.

## COUNT FIVE

On or about August 26, 2023, in the Middle District of Florida, the defendant,

GABRIEL DANIEL PINNACE,

acquired firearms, specifically, a Springfield Armory pistol and a Glock pistol, from a federally licensed firearms dealer, namely, Mayport Gun and Pawn II Inc., during which acquisition, the defendant knowingly made a false and fictitious written statement intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 21.a. on an ATF Form 4473, which asks,

"Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Counts One, Two, Four and Five are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922 and 18 U.S.C. § 924, the defendant, GABRIEL DANIEL PINNACE, shall forfeit to the United States, under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense.

3. The property to be forfeited includes, but is not limited to, the following:

   a. A Glock, model 17, 9mm pistol, serial number BTBD772;

   b. A Smith and Wesson, model M&P 15, 5.56 x 45mm rifle, serial number TS14658;

   c. A Smith and Wesson, model M&P 15, 5.56 x 45mm rifle, serial number TR99720; and

   d. Approximately 57 rounds of ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

4

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: _____
AAKASH SINGH
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
10/10/23 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

GABRIEL DANIEL PINNACE

INDICTMENT

Violations: 18 U.S.C. §§ 922(a)(6), 922(k), 554

Filed in open court this 12th day

of October, 2023.

_____
Clerk

Bail $_____

GPO 863 525